UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNY YOO COLLECTION, INC.,

                Plaintiff,

v.

DAVID'S BRIDAL, INC. and CLAYTON,
DUBILIER & RICE, LLC,

                Defendants.

**ORDER**

18 Civ. 9926 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In a letter dated November 21, 2019 (Dkt. No. 100), the parties jointly request an extension of the fact discovery deadline from December 23, 2019 to January 31, 2020. The request is granted.

Dated: New York, New York
       November 22, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge