UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNY YOO COLLECTION, INC.,

    Plaintiff,

    -against-

DAVID'S BRIDAL, INC., et al.,

    Defendants.

18-CV-9926 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action was referred to Magistrate Judge Barbara Moses today for resolution of the parties' discovery disputes outlined in their joint letter dated November 20, 2019 (Dkt. No. 99).

    Judge Moses will hold an in-person conference on **Wednesday, November 27, 2019, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York.[1] Prior to the conference, plaintiff shall submit copies of its written discovery requests (and defendants' responses and objections thereto) for "discovery concerning David's Bridal's development and sale of the Versa dresses as well as the Style-Your-Way Dresses." Joint Ltr. at 2. *See* Moses Indiv. Prac. § 2(b). It is the Court's intention to decide the dispute on the parties' joint letter and any argument presented during the conference, unless any party shows good cause why more formal briefing should be required.

Dated: New York, New York
       November 25, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] If the parties are unavailable the morning of November 27, 2019, they shall promptly file a joint letter identifying all dates the week of December 2, 2019, when they are available for an 8:30 a.m. conference.